**Order issued October _1_, 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01093-CV

### MORRISON SEIFERT MURPHY, INC., Appellant

### V.

### BUCK ZION, Appellee

## ORDER

The Court **GRANTS** appellant's motion for extension of time to file a motion for rehearing.

The motion for rehearing tendered to the Clerk of the Court on September 27, 2012 is deemed filed

as of the date of this order.

DOUGLAS S. LANG
JUSTICE